No. 2723. GRATIOT ET AL., APELADOS, *v.* HAGEN, APELANTE.
Corte de Distrito de San Juan, Sección Segunda. Resuelto
en abril 25, 1922. Vista la moción de la apelada sobre de-

sestimación de la apelación y no encontrando suficiente prueba de la dilación en tramitar la misma, se declara no haber lugar a la desestimación.